UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICON INTERNATIONAL, INC.,

                Plaintiffs,

-against-

ELEVATION HEALTH LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  9/1/2023

1:22-cv-04304-MKV

ORDER

MARY KAY VYSKOCIL, United States District Judge:

      IT IS HEREBY ORDERED that the parties shall appear for a status conference on October 12, 2023 at 10:30 a.m.  The parties shall file a joint status letter two weeks before the conference.

**FAILURE TO COMPLY WITH THIS ORDER AND THE FEDERAL RULES OF CIVIL PROCEDURE MAY RESULT IN SANCTIONS.**

SO ORDERED.

Date:  September 1, 2023
       New York, NY

*[signature: Mary Kay Vyskocil]*
**MARY KAY VYSKOCIL**
**United States District Judge**