```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/14/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICON INTERNATIONAL, INC.,

                Plaintiffs,

-against-

ELEVATION HEALTH LLC,

                Defendant.

1:22-cv-04304-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of a joint letter from the parties regarding ongoing discovery disputes. [*See* ECF No. 71.] The fact discovery deadline is **December 31, 2023.** [*See* ECF No. 69.] There will be **NO EXTENSIONS** of this deadline.

The parties are on notice that **failure to conduct discovery in good faith, to comply with discovery obligations or Court-ordered deadlines, and/or to follow any Order or Rule of this Court may result in sanctions, including preclusion of claims, evidence, or defenses, monetary penalties, other sanctions on counsel, and/or dismissal of this action.**

**SO ORDERED.**

Date:  November 14, 2023
         New York, NY

                                        **MARY KAY VYSKOCIL**
                                        **United States District Judge**

1