

RAN MUKHERJEE, P.C.  
240 Kent Ave, Suite B-13  
Brooklyn, NY 11249

Telephone: (646) 998-4240  
Fax: (917) 591-4999  
Email: rm@rmlawny.com

January 31, 2024

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 2/1/2024 |

Via ECF  
Honorable Mary Kay Vyskocil  
United States District Court  
Southern District of New York  
500 Pearl Street, Room 2230  
New York, NY 10007  
VyskocilNYSDChambers@nysd.uscourts.gov

Re:   *Icon International, Inc. v. Elevation Health, LLC* SDNY Case No. 1:22-cv-04304  
       **Joint Letter Requesting Adjournment of 2/12/24 Conference**

Honorable Judge Vyskocil:

This law firm represents Elevation Health, LLC ("Elevation"), the Defendant and Counterclaim/Third-Party Plaintiff in the above-captioned action.  I submit this as a joint letter, with consent of Bryan McKenna, the attorney of record for all the other parties (the Plaintiff and the Third-Party Defendants), to request a short adjournment of the conference currently scheduled for Monday, February 12, 2024.  This is the first request for adjournment of this conference.  The reason is a prior-scheduled settlement conference in another matter that morning, with parties having made travel arrangements already.  This request is on consent.

Both sides are available February 14, 15, or 16, 2024, and respectfully request the conference be adjourned to one of those dates if possible.  Otherwise, the parties respectfully request a date February 26, 2024, or later.

GRANTED.  The conference is ADJOURNED to February 15, 2024 at 2:00 p.m.

Date: February 1, 2024  
New York, New York

*Mary Kay Vyskocil*  
Mary Kay Vyskocil  
United States District Judge

Respectfully submitted,

Ran Mukherjee  
*Counsel for Elevation Health, LLC*

cc:   All Counsel of Record via ECF