UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
ICON INTERNATIONAL, INC.                      :

              Plaintiff,            :       <u>ORDER</u>

   -v.-                                                          :
                                                    22 Civ. 4304 (MKV) (GWG)
ELEVATION HEALTH LLC,              :

              Defendant.            :
-----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE**

      Plaintiff has not filed opposition to the motion for sanctions (Docket # 111, 112) by the Court-ordered deadline (Docket ## 108, 110). Accordingly, the Court deems the motion to be unopposed. The Court will issue an order in due course as to the appropriate sanction that will be imposed.

      SO ORDERED.

Dated: March 21, 2024
       New York, New York

                                                                        _____
                                                                        GABRIEL W. GORENSTEIN
                                                                        United States Magistrate Judge