BRYAN A. MCKENNA
33 Yale Place
Rockville Centre, NY 11570

bryanmckenna@gmail.com

(516) 707-1234
Facsimile: (516) 742-5278

March 20, 2024

Hon. Gabriel W. Gorenstein, U.S.M.J.
United States District Court
500 Pearl Street
New York, New York 10007

Re: Icon International, Inc. v. Elevation Health LLC – 1:22-cv-04304-MKV-GWG

Dear Magistrate Judge Gorenstein:

    Today I learned that I am no longer admitted to practice law. As such, I can no longer represent plaintiff in this action. I have advised my former client to retain new counsel and expect that they will be in touch in the next few days.

    I had this delivered today because it was too late for a hand-delivery, I believed it inappropriate for me to use the ECF system, and there is no email or fax number for chambers.

    If you wish me to inform plaintiff of anything specific, please contact me.

Very truly yours,

Bryan A. McKenna