UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
ICON INTERNATIONAL, INC.                              :

                                                                                     :          <u>ORDER</u>
                     Plaintiff,                                            22 Civ. 4304 (MKV) (GWG)
                                                                                      :

    -v.-
                                                                                                                :

ELEVATION HEALTH LLC
                                                                                                                :

                     Defendant.                             :
----------------------------------------------------------------X

**GABRIEL W. GORENSTEIN, United States Magistrate Judge**

      A pre-trial conference to discuss the status of this matter and the pending sanctions motion is scheduled for <u>Monday, April 8, 2024, at 11:00 a.m.</u> in Courtroom 519, United States Courthouse, 40 Centre Street, New York, New York, 10007. The Court expects that new counsel will have filed a notice of appearance by that date on behalf of the parties formerly represented by Mr. McKenna, consisting of Icon International, Inc., Gypset, Inc., Dayna Zegarelli, Khalid Itum, Joe Davis, Clarence V. Lee III and Mario Gonzales. If no counsel files a notice of appearance before that date, however, the conference will still go forward and the following individuals <u>must</u> attend in person in Courtroom 519: (1) Clarence V. Lee III, (2) a representative of Icon International, Inc., (3) a representative of Gypset, Inc., and (4) any individual party formerly represented by Mr. McKenna who is located within 100 miles of the Courthouse. If any individual former client of Mr. McKenna (other than Clarence Lee) is located more than 100 miles from the Courthouse, that individual may dial into the conference by using the following dial-in information: Call: 1-646-453-4442, Phone conference ID: 961 755 782#.

      This conference is the only matter scheduled for this date and time. The parties must plan to arrive early so as to ensure that the conference begins on time.

      Upon receipt of this order each party is directed to ensure that all other parties on the case are aware of the conference date and time. In accordance with paragraph 1.F of this Court's Individual Practices (available at: https://nysd.uscourts.gov/hon-gabriel-w-gorenstein), any requests for an adjournment must be made in writing as soon as the need to adjourn is known. Prior to making such a request, the party should contact Chambers at (212) 805-4260 to determine an alternative date for which the Court is available for a rescheduled conference. The written application for an adjournment must include a statement as to all other parties' positions on the change in conference date and must propose an alternative date, as provided by Chambers, to which all parties are agreeable.

      SO ORDERED.

Dated: March 27, 2024
      New York, New York

                                                 GABRIEL W. GORENSTEIN
                                                 United States Magistrate Judge