# ROMANO
## L A W

Sid@RomanoLaw.com　　　　One Battery Park Plaza, 7th Floor　　　　(212) 865-9848
　　　　　　　　　　　　　　　　New York, NY 10004

April 26, 2024　　　　　　　　　　　　　　　　　　　**MEMORANDUM ENDORSED**

**BY ECF**
Magistrate Judge Gabriel W. Gorenstein
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

**Re:　Icon International, Inc. v. Elevation Health LLC**
　　　**Case No. 22-cv-04304 (MKV)(GWG) – Consented Request for Extension**

Dear Judge Gorenstein:

　　We are counsel to Third-Party Defendant Khalid Itum in this matter. We write in accordance with Rule 1.E of Your Honor's Individual Rules of Practice to request a one-week extension of our time to oppose Defendant Elevation Health LLC's ("Elevation")'s Motion for Sanctions [Dkt. 112] (the "Motion"). This is Itum's first request for an extension concerning the Motion. All represented parties consent, and the request does not affect *pro se* Third-Party Defendant Mario Gonzalez' opposition deadline.[1]

　　The current schedule provides for Opposition to be submitted on April 29, 2024 and Reply to be submitted on May 6, 2024. All counsel have conferred and consent to the following:

| | |
|---|---|
| April 29, 2024 | Gonzalez, Icon International, Inc. Gypset, Inc., Dayna Zegarelli, Joe Davis and Clarence V. Lee III to submit Opposition to the Motion |
| May 6, 2024 | Itum to submit Opposition to the Motion |
| May 13, 2024 | Elevation to submit Reply in support of the Motion |

(See, stipulation annexed as **Exhibit A** hereto). We respectfully ask that the Court modify the briefing schedule as requested. Our offices were recently retained in this matter, and we are continuing review of discovery documents and files. Moreover, unexpected deadlines in another litigation have made it difficult to prepare opposition by April 29, 2024.

　　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　　**ROMANO LAW, PLLC**

　　　　　　　　　　　　　　　　　　　　　　　　　　s/ Siddartha Rao
　　　　　　　　　　　　　　　　　　　　　　　　　　Siddartha Rao

---

[1] Prior to making this filing, I circulated drafts of this letter and annexed Exhibit by email to counsel and Gonzalez. I also left Gonzalez a voicemail informing him of the application.

Hon. Magistrate Judge Gorenstein
Page 2

Cc:   All counsel (via ECF)
      Mario Gonzalez (*pro se*, by email)

The proposed schedule is approved.

So Ordered.

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge

April 29, 2024
