USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/21/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ICON INTERNATIONAL, INC.,

                Plaintiffs,

    -against-

ELEVATION HEALTH LLC,

                Defendant.

1:22-cv-4304-MKV

**ORDER**

MARY KAY VYSKOCIL, United States District Judge:

On October 21, 2024, the Court held a conference in this matter. As the Court stated at the conference, IT IS HEREBY ORDERED that the parties shall file a joint letter by October 28, 2024 (1) demonstrating complete diversity among the parties and (2) outlining the parties' positions on what law governs this action.

IT IS FURTHER ORDERED that, to accommodate counsel for Defendant Elevation Health LLC, the jury trial shall begin on **January 14, 2025**. The deadline to submit the pretrial materials described in the Court's Individual Rules remains December 6, 2024. The Final Pretrial Conference will take place on January 9, 2025 at 2:00 p.m.

**SO ORDERED.**

Date: October 21, 2024
      New York, NY

                                      **MARY KAY VYSKOCIL**
                                      **United States District Judge**

1