USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/16/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ICON INTERNATIONAL, INC.,<br><br>                        Plaintiffs,<br><br>-against-<br><br>ELEVATION HEALTH LLC,<br><br>                        Defendant. | 1:22-cv-04304-MKV<br><br>**<u>SCHEDULING ORDER</u>** |

MARY KAY VYSKOCIL, United States District Judge:

The Court is in receipt of parties' pre-trial submissions. [ECF Nos. 151-161, 165-167]. The Court finds that the Joint Jury Verdict Sheet is repetitive and lengthy, and includes unnecessary special interrogatories. The Court is also in receipt of a letter filed by Khalid Itum requesting, with consent of all parties, that the Court adjourn the conference scheduled for December 17, 2024 at 2:00 p.m. [ECF No. 164].

Accordingly, the December 17, 2024 conference is HEREBY ADJOURNED to January 6, 2025 at 2:30 PM. The parties shall appear in Courtroom 18C of the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York.

IT IS FURTHER ORDERED that, on or before January 2, 2025, the parties shall file an amended and streamlined Jury Verdict Form.

**The parties are reminded that failure to comply with this Order or with any order of the Court or failure to comply with the FRCP, the Local Rules for the SDNY or this Court's Individual Practice Rules, or the parties' discovery or other obligations thereunder may result in sanctions, including monetary penalties on counsel and/or the parties, dismissal or preclusion of claims, defenses, arguments, or evidence.**
**SO ORDERED.**

Date:  December 16, 2024  
       New York, NY

_/s/ Mary Kay Vyskocil_  
**MARY KAY VYSKOCIL**  
**United States District Judge**