USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  1/23/25

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ICON INTERNATIONAL, INC.,

        Plaintiff,

-against-

ELEVATION HEALTH LLC,

        Defendant.

---

ELEVATION HEALTH LLC,

        Defendant/Counterclaim-Plaintiff,

-against-

ICON INTERNATIONAL, INC.,

        Plaintiff/Counterclaim-Defendant.

---

ELEVATION HEALTH LLC,

        Defendant/Third Party Plaintiff,

-against-

GYPSET, INC., DAYNA ZEGARELLI, JOE DAVIS, and CLARENCE V. LEE III,

        Third Party Defendants.

---

22 **CIVIL** 4304 (MKV)

**JUDGMENT**

      It is hereby **ORDERED, ADJUDGED AND DECREED,** after a Jury Trial before the Honorable Mary Kay Vyskocil, United States District Judge, that:

DEFENDANT ELEVATION HEALTH LLC has judgment on its breach of contract counterclaim and third-party claim against Plaintiff Icon International, Inc. and Third-Party Defendant Gypset, Inc. respectively in the sum of $2,820,000 ($820,000 for Gypset, Inc. and $2,000,000 for Icon International Inc.).

DEFENDANT ELEVATION HEALTH LLC has judgment on its counter claims against Plaintiff Icon International, Inc., and its third-party claims against Third-Party Defendant Gypset, Inc., Third-Party Defendant Dayna Zegarelli, Third-Party Defendant Joe Davis and Third-Party Defendant Clarence V. Lee, III for fraud and on its counter claims against Plaintiff Icon International, Inc., and its third-party claims against Third-Party Defendant Gypset, Inc., Third-Party Defendant Joe Davis and Third-Party Defendant Clarence V. Lee, III for civil conspiracy in the sum of $835,000 ($450,000 for Icon International Inc., $150,000 for Gypset, Inc., $10,000 for Dayna Zegarelli, $75,000 for Joe Davis and $150,000 for Clarence V. Lee, III) for compensatory damages.

DEFENDANT ELEVATION HEALTH LLC has judgment for punitive damages against Plaintiff Icon International, Inc., Third-Party Defendant Gypset, Inc., Third-Party Defendant Dayna Zegarelli, Third-Party Defendant Joe Davis and Third-Party Defendant Clarence V. Lee, III in the sum of $180,000 ($75,000 for Icon International Inc., $25,000 for Gypset, Inc., $5,000 for Dayna Zegarelli, $25,000 for Joe Davis and $50,000 for Clarence V. Lee, III).

DATED:  New York, New York
        January 23, 2025

So Ordered:

*Mary Kay Vyskocil*
U.S.D.J.

TAMMI M. HELLWIG
Clerk of Court

BY: *K. Mango*
Deputy Clerk