USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/25/2025

**Verdict Sheet**

Please answer each question and then follow the instructions. At least six jurors must agree on the answer to each question. The same six jurors need not agree on every question as long as at least six of you agree on each response.

### Icon's Breach of Contract Claim

1. Do you find by a preponderance of the evidence that Elevation Health breached an agreement made with Icon on or about February 15, 2022 to purchase 10,000,000 iHealth COVID-19 test kits for $65,000,000?

   Yes _____   No __X__

   If the answer to Question 1 is Yes, please go to Question 2.
   If the answer to Question 1 is No, please go to Question 3.

2. Please state the amount that would fairly and reasonably compensate Icon for Elevation Health's breach of its agreement to pay for the iHealth COVID-19 test kits delivered pursuant to that agreement.

   Amount: _____

   Please go to Question 3.

### Elevation Health's Breach of Contract Claims

3. Do you find by a preponderance of the evidence that any of the below parties breached an agreement made with Elevation Health on or about December 31, 2021 to deliver 400,000 iHealth COVID-19 test kits for $2,640,000?

   Gypset?  Yes __X__   No _____

   Icon?    Yes __X__   No _____

   If the answer to Question 3 is Yes for either party, please go to Question 4.
   If the answer to Question 3 is No for both parties, please go to Question 5.

1

4. Please state the amount that would fairly and reasonably compensate Elevation Health for breach of that agreement to deliver iHealth COVID-19 test kits to Elevation Health.

   (a) Amount: $2,820,000.00

   Answer Question 4(b) only if the answer to Question 3 is Yes for both Gypset and Icon.

   (b) Please state how the amount you provided in 4(a) should be allocated between Gypset and Icon.

   Gypset? $820,000.00

   Icon?   $2,000,000.00

   Please go to Question 5.

**Elevation Health's Claims for Fraud and Civil Conspiracy**

5. Do you find by clear and convincing evidence that any of the below parties defrauded Elevation Health?

   | | | |
   |---|---|---|
   | Icon? | Yes X | No ___ |
   | Gypset? | Yes X | No ___ |
   | Zegarelli? | Yes X | No ___ |
   | Davis? | Yes X | No ___ |
   | Lee? | Yes X | No ___ |

   If the answer for any of the above parties is Yes, please go to Question 6.
   If the answer for all parties is No, please stop and do not answer any more questions.

2

6. Do you find by clear and convincing evidence that any of the below parties engaged in a conspiracy to defraud Elevation Health?

   Icon?        Yes _X_    No ____
   Gypset?      Yes _X_    No ____
   Zegarelli?   Yes ____   No _X_
   Davis?       Yes _X_    No ____
   Lee?         Yes _X_    No ____

   Please go to Question 7.

7. If you find that a fraud or conspiracy was committed against Elevation Health, and that Elevation Health suffered damages by reason of such fraud or civil conspiracy that are different from, or in addition to, any damages Elevation Health suffered under a contract, please state the amount of such damages. If you determine that Elevation Health did not suffer any separate harm, please write "zero."

   Amount: $835,000.00

   If you entered a numerical amount in response to Question 7, please go to Question 8. If you answered "zero" in response to Question 7, please stop and do not answer any more questions.

8. If you entered an amount in response to Question 7, please state the portion of that amount that each party should pay. If you determine that a party did not commit fraud or participate in a civil conspiracy, then write "zero" next to the name.

   Icon?        $ 450,000.00
   Gypset?      $ 150,000.00
   Zegarelli?   $ 10,000.00
   Davis?       $ 75,000.00
   Lee?         $ 150,000.00

   Please go to Question 9.

3

| Elevation Health's Punitive Damages Claim |
|---|

9. Do you find by clear and convincing evidence that the conduct engaged in by a party found liable for fraud was wanton and reckless or malicious?

| | | |
|---|---|---|
| Icon? | Yes X | No ___ |
| Gypset? | Yes X | No ___ |
| Zegarelli? | Yes X | No ___ |
| Davis? | Yes X | No ___ |
| Lee? | Yes X | No ___ |

If the answer for any of the above parties is Yes, please go to Question 10.
If the answer for all parties is No, please stop and do not answer any more questions.

10. If you answered Yes with respect to any party in response to Question 9, please state the amount of punitive damages that the party should pay. If you determine that a party should not pay punitive damages, then write "zero" next to the name.

| | |
|---|---|
| Icon? | $ 75,000.00 |
| Gypset? | $ 25,000.00 |
| Zegarelli? | $ 5,000.00 |
| Davis? | $ 25,000.00 |
| Lee? | $ 50,000.00 |

DATE & SIGNATURE OF FOREPERSON

Signature: /

Print name:

Date: 1/17/2025

4